IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS v. CERTAIN DEFENDANTS | : : : : : : | Transferor District Court Southern District of West Virginia |

**O R D E R**

**STATUS AND SCHEDULING CONFERENCE**

**AND NOW**, this **19th** day of **November, 2009**, it is hereby **ORDERED** that a status and scheduling conference will be held in the captioned cases[1] on **Tuesday, January 5th, 2010** at **10:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that failure to appear at the conference shall result in the dismissal of the case without prejudice.

It is further **ORDERED** that, as to all open cases, counsel for the plaintiff shall be prepared to provide at the hearing the following information:

a.) Certification of compliance with Administrative

---

[1] See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl975.asp.

Orders no. 12, 12 as amended, and 14.

b.) Any motions pending.

c.) Certification that Plaintiff has filed any necessary amended complaints and paid all required filing fees.

d.) A list of unsettled defendants in each case and a proposed order dismissing the remaining viable defendants that are listed on the docket.

It is further **ORDERED** that if a Defendant wishes to challenge the sufficiency of an individual Plaintiff's Administrative Order no. 12 submission, at the hearing Defendant should be prepared to assert the specific reasons why Plaintiff has not fulfilled the requirements of Administrative Order no. 12. If compliance is contested, a hearing will be held on a subsequent date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

It is further **ORDERED** that, if any of the attached

cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

**AND IT IS SO ORDERED**

_____
        **EDUARDO C. ROBRENO, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875

| Case Number | Plaintiff | Filed Date | Flag |
|---|---|---|---|
| 2:07-cv-62862-ER | LEE MCINTYRE | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | WINFRED RIFFEE | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | SHERIDAN SHEARER | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | BERNARD REYNOLDS | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | ROBERT KINGERY | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | ROY ICE | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | CHARLES ABRAMS | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | CARL KESSEL | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | WILLIAM DAVIS | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | ERNEST HAYES | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | BELDON HUSTON | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | ALBERT IAFRATE | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | THEODORE KING | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | JAMES HOWARD | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | DONALD PAINTER | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | ELMER JAMES | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | JERRY FLEMING | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | ARTHUR FARRELL | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | BASIL CREWS | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | CARLOS GRAHAM | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | JAMES DURBIN | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | HARRY KELLAR | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | PHILLIP DARBY | 3/9/2007 | WVA-S |
| 2:07-cv-62862-ER | JOHN MELTON | 3/9/2007 | WVA-S |
| 2:07-cv-62864-ER | REBECCA DINGESS | 3/9/2007 | WVA-S |
| 2:07-cv-62864-ER | ROGER DINGESS | 3/9/2007 | WVA-S |
| 2:07-cv-62865-ER | TAMMI BROCK | 3/9/2007 | WVA-S |
| 2:07-cv-62866-ER | THERMAN BURDETTE | 3/9/2007 | WVA-S |
| 2:07-cv-62867-ER | ROSEMARY ATKINS | 3/9/2007 | WVA-S |
| 2:07-cv-62867-ER | CAM ATKINS | 3/9/2007 | WVA-S |
| 2:07-cv-62868-ER | HAROLD BOGGS | 3/9/2007 | WVA-S |
| 2:07-cv-62868-ER | CONNIE BOGGS | 3/9/2007 | WVA-S |
| 2:07-cv-62869-ER | SHIRLEY EVANS | 3/9/2007 | WVA-S |
| 2:07-cv-62869-ER | DREW EVANS | 3/9/2007 | WVA-S |
| 2:07-cv-62870-ER | ROSE DORSEY | 3/9/2007 | WVA-S |
| 2:07-cv-62870-ER | ALFRED DORSEY | 3/9/2007 | WVA-S |
| 2:07-cv-62871-ER | JO ANN SHARP | 3/9/2007 | WVA-S |
| 2:07-cv-62871-ER | HUBERT SHARP | 3/9/2007 | WVA-S |
| 2:07-cv-62872-ER | TAMMY BROCK | 3/9/2007 | WVA-S |
| 2:07-cv-62874-ER | FRANKLIN MODLEY | 3/9/2007 | WVA-S |
| 2:07-cv-62874-ER | ROBERT MODLEY | 3/9/2007 | WVA-S |
| 2:07-cv-62874-ER | PATRICIA MODLEY | 3/9/2007 | WVA-S |
| 2:07-cv-62875-ER | CARL NELSON | 3/9/2007 | WVA-S |
| 2:07-cv-62875-ER | ETHEL NELSON | 3/9/2007 | WVA-S |
| 2:07-cv-62876-ER | CALVIN WHEELER | 3/9/2007 | WVA-S |
| 2:07-cv-62877-ER | L. BURNS | 3/9/2007 | WVA-S |
| 2:07-cv-62877-ER | MABLE BURNS | 3/9/2007 | WVA-S |
| 2:07-cv-62877-ER | JOE GOODE | 3/9/2007 | WVA-S |
| 2:07-cv-62877-ER | ROGER RIDDLE | 3/9/2007 | WVA-S |
| 2:07-cv-62877-ER | PATTY GOODE | 3/9/2007 | WVA-S |
| 2:07-cv-62877-ER | JENNY RIDDLE | 3/9/2007 | WVA-S |

| Case Number | Name | Date | District |
|---|---|---|---|
| 2:07-cv-62878-ER | DORA LEMON | 3/9/2007 | WVA-S |
| 2:07-cv-62878-ER | DAVID LEMON | 3/9/2007 | WVA-S |
| 2:07-cv-62879-ER | MARCELLA MILLER | 3/9/2007 | WVA-S |
| 2:07-cv-62879-ER | RALPH MILLER | 3/9/2007 | WVA-S |
| 2:07-cv-62880-ER | GLEN CRUM | 3/9/2007 | WVA-S |
| 2:07-cv-62880-ER | BEATRICE CRUM | 3/9/2007 | WVA-S |
| 2:07-cv-62881-ER | WILLIAM BLEDSOE | 3/9/2007 | WVA-S |
| 2:07-cv-62881-ER |  | 3/9/2007 | WVA-S |
| 2:07-cv-62881-ER | WILLIAM BLEDSOE | 3/9/2007 | WVA-S |
| 2:07-cv-62882-ER | BEULAH DAVIDSON | 3/9/2007 | WVA-S |
| 2:07-cv-62882-ER | SHELDEN DAVIDSON | 3/9/2007 | WVA-S |
| 2:07-cv-62885-ER | EDISON KAUFMAN | 3/9/2007 | WVA-S |
| 2:07-cv-62885-ER | MARY ANN KAUFMAN | 3/9/2007 | WVA-S |
| 2:07-cv-62886-ER | ROBERT TOWNSEND | 3/9/2007 | WVA-S |
| 2:07-cv-62887-ER | DONALD CROSS | 3/9/2007 | WVA-S |
| 2:07-cv-62887-ER | FANNIE CROSS | 3/9/2007 | WVA-S |
| 2:07-cv-62888-ER | IRIS MILES | 3/9/2007 | WVA-S |
| 2:07-cv-62888-ER | LEROY MILES | 3/9/2007 | WVA-S |
| 2:07-cv-62889-ER | HOMER SALMON | 3/9/2007 | WVA-S |
| 2:07-cv-62889-ER | PHYLLIS SALMON | 3/9/2007 | WVA-S |
| 2:07-cv-62890-ER | THORL SMITH | 3/9/2007 | WVA-S |
| 2:07-cv-62890-ER | GEORGIA SMITH | 3/9/2007 | WVA-S |
| 2:07-cv-62891-ER | STAN HOLSTEIN | 3/9/2007 | WVA-S |
| 2:07-cv-62891-ER | BETTY HOLSTEIN | 3/9/2007 | WVA-S |
| 2:07-cv-62892-ER | MABLE TURLEY | 3/9/2007 | WVA-S |
| 2:07-cv-62892-ER | HAROLD TURLEY | 3/9/2007 | WVA-S |
| 2:07-cv-62893-ER | JOE GOODE | 3/9/2007 | WVA-S |
| 2:07-cv-62893-ER | PATTY GOODE | 3/9/2007 | WVA-S |
| 2:07-cv-62894-ER | ANNA SMITH | 3/9/2007 | WVA-S |
| 2:07-cv-62895-ER | EDWARD TACKETT | 3/9/2007 | WVA-S |
| 2:07-cv-62896-ER | PHILIP PANASHY | 3/9/2007 | WVA-S |
| 2:07-cv-62896-ER | NANCY PANASHY | 3/9/2007 | WVA-S |
| 2:07-cv-62897-ER | CARL TITTA | 3/9/2007 | WVA-S |
| 2:07-cv-62897-ER | MARY TITTA | 3/9/2007 | WVA-S |
| 2:07-cv-62898-ER | BETTY BLACK | 3/9/2007 | WVA-S |
| 2:07-cv-62898-ER | RANDOLPH BLACK | 3/9/2007 | WVA-S |
| 2:07-cv-62899-ER | FORREST PIERCE | 3/12/2007 | WVA-S |
| 2:07-cv-62899-ER | GERTRUDE PIERCE | 3/12/2007 | WVA-S |
| 2:07-cv-62900-ER | LORETTA MOONEY | 3/12/2007 | WVA-S |
| 2:07-cv-62900-ER | MORRIS MOONEY | 3/12/2007 | WVA-S |
| 2:07-cv-62901-ER | GARY KELLER | 3/12/2007 | WVA-S |
| 2:07-cv-62901-ER | VERNA KELLER | 3/12/2007 | WVA-S |
| 2:07-cv-62902-ER | J. HUTCHISON | 3/12/2007 | WVA-S |
| 2:07-cv-62902-ER | PAULINE HUTCHISON | 3/12/2007 | WVA-S |
| 2:07-cv-62903-ER | VIRGIL BAILEY | 3/9/2007 | WVA-S |
| 2:07-cv-62903-ER | ELSIE BAILEY | 3/9/2007 | WVA-S |
| 2:07-cv-62904-ER | BILLY BOWEN | 3/9/2007 | WVA-S |
| 2:07-cv-62904-ER | EVIS BOWEN | 3/9/2007 | WVA-S |
| 2:07-cv-62905-ER | WILLIAM BATES | 3/9/2007 | WVA-S |
| 2:07-cv-62905-ER | CLARA BATES | 3/9/2007 | WVA-S |
| 2:07-cv-62906-ER | ELOISE PELFREY | 3/9/2007 | WVA-S |
| 2:07-cv-62906-ER | JAMES PELFREY | 3/9/2007 | WVA-S |
| 2:07-cv-62907-ER | FRANCES HUNT | 3/9/2007 | WVA-S |
| 2:07-cv-62907-ER | CARL HUNT | 3/9/2007 | WVA-S |
| 2:07-cv-62908-ER | BETTY CHILDERS | 3/9/2007 | WVA-S |
| 2:07-cv-62908-ER | HASKELL CHILDERS | 3/9/2007 | WVA-S |
| 2:07-cv-62909-ER | FRED PARSONS | 3/9/2007 | WVA-S |
| 2:07-cv-62909-ER | ALMA PARSONS | 3/9/2007 | WVA-S |

| Case Number | Name | Date | Court |
|---|---|---|---|
| 2:07-cv-62910-ER | JAMES JENKINS | 3/9/2007 | WVA-S |
| 2:07-cv-62910-ER | VIOLET JENKINS | 3/9/2007 | WVA-S |
| 2:07-cv-62911-ER | LILLY JOHNSON | 3/9/2007 | WVA-S |
| 2:07-cv-62911-ER | IVORY JOHNSON | 3/9/2007 | WVA-S |
| 2:07-cv-62912-ER | KATHLEEN MAYNARD | 3/9/2007 | WVA-S |
| 2:07-cv-62912-ER | PAUL MAYNARD | 3/9/2007 | WVA-S |
| 2:07-cv-62913-ER | LORA MILLER | 3/9/2007 | WVA-S |
| 2:07-cv-62914-ER | WILLIAM JUSTICE | 3/9/2007 | WVA-S |
| 2:07-cv-62915-ER | CARRIE PIERCE | 3/9/2007 | WVA-S |
| 2:07-cv-62915-ER | RALPH PIERCE | 3/9/2007 | WVA-S |
| 2:07-cv-62916-ER | SAM LANHAM | 3/9/2007 | WVA-S |
| 2:07-cv-62916-ER | OPHELIA LANHAM | 3/9/2007 | WVA-S |
| 2:07-cv-62917-ER | FRANCES PERRY | 3/9/2007 | WVA-S |
| 2:07-cv-62917-ER | ELMER PERRY | 3/9/2007 | WVA-S |
| 2:07-cv-62918-ER | JERRY MILLER | 3/9/2007 | WVA-S |
| 2:07-cv-62918-ER | KATHYRN MILLER | 3/9/2007 | WVA-S |
| 2:07-cv-62919-ER | PALMANEDA BURCHAM | 3/9/2007 | WVA-S |
| 2:07-cv-62919-ER | LEWIS BURCHAM | 3/9/2007 | WVA-S |
| 2:07-cv-62920-ER | EDWINA ENGLAND | 3/9/2007 | WVA-S |
| 2:07-cv-62920-ER | HERMAN ENGLAND | 3/9/2007 | WVA-S |
| 2:07-cv-62921-ER | HAZEL SHORT | 3/9/2007 | WVA-S |
| 2:07-cv-62921-ER | CALVIN SHORT | 3/9/2007 | WVA-S |
| 2:07-cv-62922-ER | CECIL SMITH | 3/9/2007 | WVA-S |
| 2:07-cv-62923-ER | PATRICIA LARUE | 3/9/2007 | WVA-S |
| 2:07-cv-62923-ER | THOMAS LARUE | 3/9/2007 | WVA-S |
| 2:07-cv-62924-ER | ROGER GLANCY | 3/9/2007 | WVA-S |
| 2:07-cv-62925-ER | ROBERT BRADEN | 3/9/2007 | WVA-S |
| 2:07-cv-62926-ER | MARY CURTIS | 3/9/2007 | WVA-S |
| 2:07-cv-62926-ER | JACK CURTIS | 3/9/2007 | WVA-S |
| 2:07-cv-62927-ER | CAROL COBB | 3/9/2007 | WVA-S |
| 2:07-cv-62927-ER | BRENT COBB | 3/9/2007 | WVA-S |
| 2:07-cv-62928-ER | DAVID CHAPMAN | 3/9/2007 | WVA-S |
| 2:07-cv-62928-ER | LINDA CHAPMAN | 3/9/2007 | WVA-S |
| 2:07-cv-62929-ER | JACKSON BARKER | 3/9/2007 | WVA-S |
| 2:07-cv-62933-ER | LOIS SANBORN | 3/9/2007 | WVA-S |
| 2:07-cv-62934-ER | LENA FUGITT | 3/9/2007 | WVA-S |
| 2:07-cv-62935-ER | BEULAH WEBB | 3/9/2007 | WVA-S |
| 2:07-cv-62936-ER | RILDA WALLACE | 3/9/2007 | WVA-S |
| 2:07-cv-62938-ER | LAWRENCE HOLDREN | 3/9/2007 | WVA-S |
| 2:07-cv-62938-ER | BRENDA HOLDREN | 3/9/2007 | WVA-S |
| 2:09-cv-72944-ER | BASIL CREWS | 7/8/2009 | WVA-S |
| 2:09-cv-72946-ER | JAMES DURBIN | 7/8/2009 | WVA-S |
| 2:09-cv-72948-ER | PHILLIP DARBY | 7/8/2009 | WVA-S |
| 2:09-cv-72954-ER | CHARLES ABRAMS | 7/8/2009 | WVA-S |
| 2:09-cv-72955-ER | L. BURNS | 7/8/2009 | WVA-S |
| 2:09-cv-72955-ER | MABLE BURNS | 7/8/2009 | WVA-S |
| 2:09-cv-72956-ER | JOE GOODE | 7/8/2009 | WVA-S |
| 2:09-cv-72956-ER | PATTY GOODE | 7/8/2009 | WVA-S |
| 2:09-cv-90819-ER | ROBERT MODLEY | 9/15/2009 | WVA-S |
| 2:09-cv-90819-ER | FRANKLIN MODLEY | 9/15/2009 | WVA-S |
| 2:09-cv-90819-ER | PATRICIA MODLEY | 9/15/2009 | WVA-S |